UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **14-3361**

Slapikas v. First American Title Insurance Company

To:   Clerk

1)   Motion by Appellants to Stay Proceedings on Appeal

2)   Response by Appellee First American Title Insurance Company in Opposition to Appellants' Motion to Stay Proceedings on Appeal

3)   Reply by Appellants to Appellee's Opposition to Motion to Stay Proceedings on Appeal

---

The foregoing are hereby referred to a motions panel. Briefing is stayed pending disposition of the motion. If the motion is denied or referred to the merits panel, Appellants' brief and appendix must be filed and served within forty (40) days of the date of the order denying or referring the motion.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:      September 2, 2014
tyw/cc:     William H. Narwold, Esq.
            Elizabeth Ferrick, Esq.
            Corey M. Shapiro, Esq.
            Sharia Pakravan, Esq.